1016

No. 84–780. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. *v.* ROY ET AL. Appeal from D. C. M. D. Pa. Probable jurisdiction noted and case set for oral argument in tandem with No. 84–1097, *Goldman* v. *Weinberger, infra.*

No. 84–1160. PEMBAUR *v.* CITY OF CINCINNATI ET AL. C. A. 6th Cir. Certiorari granted.

No. 84–1529. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* AMERICAN HOSPITAL ASSN. ET AL. C. A. 2d Cir. Certiorari granted.

No. 84–1644. GOLDEN STATE TRANSIT CORP. *v.* CITY OF LOS ANGELES. C. A. 9th Cir. Certiorari granted.

No. 84–1686. SORENSON *v.* SECRETARY OF THE TREASURY ET AL. C. A. 9th Cir. Certiorari granted.

No. 84–1097. GOLDMAN *v.* WEINBERGER, SECRETARY OF DEFENSE, ET AL. C. A. D. C. Cir. Certiorari granted and case set for oral argument in tandem with No. 84–780, *Heckler* v. *Roy, supra.*

No. 84–1640. UNITED STATES *v.* MECHANIK ET AL.;
No. 84–1700. LILL *v.* UNITED STATES; and
No. 84–1704. MECHANIK *v.* UNITED STATES. C. A. 4th Cir. Certiorari granted in Nos. 84–1640 and 84–1700. Certiorari granted in No. 84–1704 limited to Question 1 presented by the petition. Cases consolidated and a total of one hour allotted for oral argument.

No. 83–1811. R. J. WILLIAMS CO. ET AL. *v.* FORT BELKNAP HOUSING AUTHORITY ET AL. C. A. 9th Cir. Certiorari denied.

No. 84–797. BENNETT *v.* CITY OF SLIDELL ET AL. C. A. 5th Cir. Certiorari denied.